UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.

ERIC CUSIMANO,

        Defendant.

22-CR-18-LJV-JJM
DECISION & ORDER

---

    1. On January 5, 2024, the defendant, Eric Cusimano, pleaded guilty to Count 1 of the indictment charging a violation of Title 18, United States Code, Section 1001 (false statements). Docket Item 44.

    2. On January 5, 2024, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 45.

    3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

    4. This Court has carefully reviewed *de novo* Judge McCarthy's Report & Recommendation (Docket Item 45), the plea agreement (Docket Item 44), the indictment (Docket Item 13), a transcript of the plea proceeding (Docket Item 47), and the applicable law. This Court finds no legal or factual error in Judge McCarthy's Report & Recommendation and therefore adopts Judge McCarthy's recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of Count 1 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's January 5, 2024 Report & Recommendation, Docket Item 45, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Eric Cusimano is now adjudged guilty under Title 18, United States Code, Section 1001.

SO ORDERED.

Dated:  February 15, 2024
    Buffalo, New York

LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE